JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| KYLE EVERETT LEMMONS, <br><br> Petitioner, <br><br> v. <br><br> TERRI GONZALEZ, Warden, <br><br> Respondent. | Case No. ED CV 15-01871-GW (DFM) <br><br> JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action dismissed with prejudice.

Date: March 23, 2021

_____
GEORGE H. WU
United States District Judge